FILED
GREAT FALLS DIV.

'07 JAN 9 PM 2 21

PATRICK E. ...... CLERK
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| DONALD ROGER GRIFFIN, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> MONTANA DEPARTMENT OF CORRECTIONS; CASCADE COUNTY ADULT DETENTION / REGIONAL CORRECTIONAL FACILITY; CAPT. DAN O'FALLON; CPL. STEVE ARCHULETA; CPL. STEVE GRUBB; DAVE CASTLE; and MEGAN BOURNE, <br><br> Defendants. | No. CV-06-12-GF-SEH <br><br> **ORDER** |

On December 13, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings

---

[1]Docket No. 8.

-1-

and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

The Complaint is DISMISSED without prejudice.

DATED this 9th day of January, 2007.

SAM E. HADDON
United States District Judge